**BEYLEY CONSTRUCTION GROUP,
CORP., Appellant,**

v.

**John McHUGH, Secretary of
the Army, Appellee.**

No. 2009–1210.

United States Court of Appeals,
Federal Circuit.

Nov. 12, 2009.

Mark B. Carter, Smith, Currie & Hancock LLP, of Atlanta, Georgia, argued for appellant. With him on the brief was George D. Wenick.

Timothy P. McIlmail, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director. Of counsel on the brief was Geraldine Chanel–Carpenter, Trial Attorney, Contract & Fiscal Law Division, United States Department of the Army, of Arlington, Virginia.

GAJARSA, CLEVENGER and DYK, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.